# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | |
|---|---|
| James Lamont Frazier,                    ) | Civil Action No. 4:11-cv-3431 DCN-TER |
|                               ) | |
|         Plaintiff,               ) | **ORDER OF DISMISSAL** |
|                               ) | |
|       -vs-               ) | |
|                               ) | |
| County of Charleston; Charleston County    ) | |
| Sheriff's Office; J. Al Cannon, Jr., in his   ) | |
| official capacity as Sheriff of Charleston    ) | |
| County; Mitch Lucas, in his official capacity ) | |
| as Administrator of the Charleston County   ) | |
| Detention Center; Corizon Health, Inc. f/k/a ) | |
| Prison Health Services, Inc.; and Carolina   ) | |
| Center for Occupational Health, LLC,       ) | |
|                               ) | |
|         Defendants.           ) | |
| _____) | |

The court having been advised by counsel for plaintiffs and defendants County of Charleston, Charleston County Sheriff's Office, J. Al Cannon, Jr., in his official capacity as Sheriff of Charleston County, Mitch Lucas, in his official capacity as Administrator of the Charleston County Detention Center, and Corizon Health, Inc., f/k/a Prison Health Services, Inc. that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar.  Rule 60(b)(6), F.R.Civ.P.  In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement. Fairfax Countywide Citizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978).

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

January 28, 2015
Charleston, South Carolina